

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:     Yigal Bosch v. Toni Scott

Appellate case number:   01-14-00983-CV

Trial court case number: 2014-00673

Trial court:             113th Judicial District Court of Harris County

The Court has directed me to notify you, as *pro se* appellant, that after a preliminary review of the record and notice of appeal, this Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellant is attempting to appeal from an interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). However, we do not have jurisdiction to hear an interlocutory appeal unless it is authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2014); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998).

Accordingly, unless appellant files a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over this interlocutory appeal, this appeal may be dismissed for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a). Appellant's response, if any, is due in this Court **within 14 days** from the date of this notice.

Clerk's signature: _____
                     Clerk of the Court

Date:  March 19, 2015